IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SECURE DATA TECHNOLOGIES, INC., Plaintiff, | |
| v. | Case No. 20–CV–00133–JPG |
| PRESIDIO NETWORK SOLUTIONS GROUP, LLC, and MICHAEL KENNEDY, Defendants. | |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Secure Data Technologies, Inc.'s Complaint against Defendants Presidio Network Solutions Group, LLC; and Michael Kennedy is **DISMISSED WITH PREJUDICE**.


**Dated: Friday, February 5, 2021**          **MARGARET M. ROBERTIE**
                                             **CLERK OF COURT**

                                             **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**